Samuel Zean and Eunice Zean
8708 62nd Ave. North
Brooklyn Park, MN 55428
Email: samuelzean@hotmail.com
Email: eunicezean84@yahoo.com

Phone: 651-528-1594

May 30, 2018

The Honorable Hildy Bowbeer
U.S. Magistrate Judge
United States District Court
632 Federal Building
316 N. Robert Street
St. Paul, MN 55 101

Re: Case No. 17-cv-03817 (JNE/HB)
Samuel Zean and Eunice Zean v. Wells Fargo Bank, N.A., et al.
Re: Case No. 0:17-cv-05117 3817 (JNE/HB)
Zean v. Comcast Broadband Security, et al

Dear Magistrate Judge Bowbeer:

    We write to first and foremost thank you very immensely for agreeing to hear our complaint. We however, also want to let you know that our complaint is a bit lengthy and as such, we are nerve and afraid that due to the sheer length of our complaint it may bore or even discourage anyone from reading it and will perhaps just scan through it pages.

    But again, we gain confident that you will read our complaint in its entirety in your endeavor to be adequately informed about our response and complaint against David Madgett and Madgett Law LLC as this matter involves fraud, fraudulent misrepresentation, fraudulent nondisclosure, misrepresentation, falsification, forgery, aggregated forgery, theft, criminal wrongdoing, distortion, blackmail, gross ethic violation, legal malpractice and premediated attempt to defraud this court and intentionally mislead this Court by his intentionally misleading complaint and demands even under the oath of perjury.

    These, as you know must be pleaded with specificity and particularity. David Madgett is cleverly and intentionally attempting to mislead and defraud this Court and has made countless misrepresentations in his complaint that sound so truthful and made falsehoods to sound believable, we had no other alternative but to entirely relied on the facts and evidence in order to disprove all of David Madgett's statements, word for word with copied and paste of the direct evidence into our complaint which account for about 60% of the length of the complaint. We have tried not to make this case about our words against David Madgett's only. The complaint and evidence are divided into two parts. One covers about 11 months of events and the other covers May 2018.

Thank you,
Samuel and Eunice Zean